UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>YOMARA CANEDO AVENA,<br><br>　　　　　　　　Defendant. | Case No. 22-541 BAT<br><br>DETENTION ORDER |

Ms. Canedo Avena is charged with one count of possession of controlled substances with intent to distribute, 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 18 U.S.C. § 2. The Court held a detention hearing on November 9, 2022, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention stated on the record and as hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. There is a rebuttable presumption of detention pursuant to 18 U.S.C. § 3142(e).
2. Ms. Canedo Avena poses a risk of nonappearance due to significant ties to a foreign country, conflicting information regarding length of residence in the United States, and lack of ties to this district. In addition, her employment was not corroborated.
3. Ms. Canedo Avena poses a risk of danger due to the nature of the offense.

DETENTION ORDER - 1

4. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Ms. Canedo Avena's appearance at future court hearings while addressing the danger to other persons or the community.

5. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of Ms. Canedo Avena as required and the safety of the community.

IT IS THEREFORE ORDERED:

(1) Ms. Canedo Avena shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Ms. Canedo Avena shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Ms. Canedo Avena is confined shall deliver her to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Ms. Canedo Avena, to the United States Marshal, and to the United States Pretrial Services Officer.

\\
\\

DETENTION ORDER - 2

Dated this 9th day of November, 2022.

*[signature]*
MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3