THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIA ISABEL ABOYTIA MARQUEZ, and YOMARA CANEDO AVENA,<br><br>Defendants. | No. CR22-202 JCC<br><br>(PROPOSED) ORDER GRANTING MOTION TO CONTINUE TRIAL AND EXTEND PRETRIAL MOTIONS DEADLINE |

THE COURT has considered the unopposed motion of the defense to continue the trial date now set for January 9, 2023, and pretrial motions deadline set for December 22, 2022, and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsels for the defendants the reasonable time necessary for effective preparation due to counsels' need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv);

(b) a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

(c) the additional time requested is a reasonable period of delay, as the defendants have requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses;

(PROPOSED) ORDER GRANTING MOTION
TO CONTINUE TRIAL AND EXTEND
PRETRIAL MOTIONS DEADLINE
(*USA v.Canedo Avena CR22-202 JCC*) - 1

Peter A. Camiel
Camiel & Chaney P.S.
2815 Elliott Avenue, Suite 100
Seattle, Washington 98121
(206)636-1725

1   (d) the ends of justice will best be served by a continuance, and the ends of
2  justice outweigh the best interests of the public and the defendant in any speedier trial,
3  as set forth in 18 U.S.C. § 3161(h)(7)(A);
4   (e) the additional time requested between the current trial date of January 9,
5  2023, and the new trial date is necessary to provide counsel for the defendant the
6  reasonable time necessary to prepare for trial, considering counsel's schedule and all of
7  the facts set forth above;
8   (f) the period of delay from the date of this order to the new trial date is
9  excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).
10  IT IS THEREFORE ORDERED that the trial date in this matter shall be
11 continued to May 30, 2023, and that pretrial motions shall be filed no later than April
12 28, 2023.
13  DONE this 9th day of December 2022.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

(PROPOSED) ORDER GRANTING MOTION
TO CONTINUE TRIAL AND EXTEND
PRETRIAL MOTIONS DEADLINE
(*USA v.Canedo Avena CR22-202 JCC*) - 2

Peter A. Camiel
Camiel & Chaney P.S.
2815 Elliott Avenue, Suite 100
Seattle, Washington 98121
(206)636-1725